UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
CHRISHENNA TURNER et al.,                                                :
:
                Plaintiffs,                                       :
:    23-CV-10276 (JMF)
      -v-                                                                :
:    ORDER
FIERCE NYC et al.,                                                       :
:
                Defendants.                                       :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Defendant Fierce NYC was required to answer the Complaint by December 22, 2023, *see* ECF No. 12, but has not done so to date. As a courtesy, and in light of the holidays, Fierce NYC's deadline to answer is hereby EXTENDED, *nunc pro tunc*, to **January 10, 2024**. The Court will invite Plaintiff to move for default judgment against Fierce NYC if it fails to appear and answer the Complaint by that deadline.

      Plaintiff is directed to serve a copy of this Order on Fierce NYC, and to file proof of such service by **January 3, 2024**.

      SO ORDERED.

Dated: December 27, 2023
       New York, New York
                                                JESSE M. FURMAN
                                         United States District Judge