UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
CHRISHENNA TURNER et al.,                                               :
                                                                        :
                              Plaintiffs,                               :
                                                                        :       23-CV-10276 (JMF)
         -v-                                                            :
                                                                        :               ORDER
FIERCE NYC et al.,                                                      :
                                                                        :
                              Defendants.                               :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On January 12, 2024, the Court ordered Plaintiffs to file any motion for default judgment against Defendant Fierce NYC no later than January 26, 2024.  *See* ECF No. 15.  On January 26, 2024, Plaintiffs sought and obtained a Clerk's Certificate of Default as to Defendant Fierce NYC.  *See* ECF Nos. 19-21.  But no motion for default judgment has been filed to date.  As a courtesy, the deadline to move for default judgment against Defendant Fierce NYC is hereby EXTENDED, *nunc pro tunc*, to **February 1, 2024**.  Plaintiffs shall comply with the requirements set forth in ECF No. 15 and in the Court's Individual Rules.  **Failure to file a motion by the aforementioned deadline will result in dismissal of the case for failure to prosecute without further notice to the parties.**

      Finally, Plaintiffs shall serve a copy of this Order electronically and/or by first-class mail on Defendant Fierce NYC within two business days from the date of this Order and shall file proof of such service within three business days of the date of this Order.

      SO ORDERED.

Dated: January 30, 2024
      New York, New York
                                        JESSE M. FURMAN
                                      United States District Judge