UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
CHRISHENNA TURNER et al., :
:
                Plaintiffs, :
: 23-CV-10276 (JMF)
    -v- :
: ORDER
:
FIERCE NYC et al., :
:
                Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On February 1, 2024, Plaintiffs filed a motion for entry of a default judgment against Defendant Fierce NYC under Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Civil Rule 55.2(b).  *See* ECF No. 24.  By Order dated February 5, 2024, the Court ordered Defendant Fierce NYC to file any opposition to the motion for default judgment by February 22, 2024, and scheduled a default judgment hearing for March 6, 2024, at 11:00 a.m.  *See* ECF No. 25.  In that same Order, the Court ordered Plaintiffs to "serve Defendant Fierce NYC via overnight courier with (1) a copy of the motion for default judgment[,] and (2) a copy of [the] Order by within one business day of the filing of each document," and to file proof of such service within two business days of service.  *Id.*

      To date, Plaintiffs have not filed any such proof of service.  In light of Plaintiffs' failure to serve these papers, Defendant Fierce NYC's deadline to oppose the motion for default judgment is hereby EXTENDED, *nunc pro tunc*, to **March 15, 2024**.  It is further ORDERED that the default judgment hearing currently scheduled for March 6, 2024, at 11:00 a.m. is ADJOURNED to **March 20, 2024**, at **3:30 p.m.**

      Plaintiffs shall serve Defendant Fierce NYC via overnight courier with (1) a copy of the motion for default judgment and all supporting papers; (2) a copy of the Court's February 5, 2024 Order, ECF No. 25; and (3) a copy of this Order by **March 5, 2024**.  Plaintiffs must file proof of such service on the docket by **March 7, 2024**.  Failure to serve Defendant Fierce NYC with these papers may result in summary denial of Plaintiffs' motion for default judgment.

      SO ORDERED.

Dated: March 4, 2024
       New York, New York
                                                      JESSE M. FURMAN
                                                  United States District Judge