UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
CHRISHENNA TURNER et al., :
:
               Plaintiffs, :
: 23-CV-10276 (JMF)
    -v- :
: <u>ORDER</u>
FIERCE NYC et al., :
:
               Defendants. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Defendant Kelvin O. Holwell, Jr. was required to answer the Complaint by March 1, 2024, *see* ECF No. 26, but has not done so to date. As a courtesy, Defendant Holwell's deadline to answer is hereby EXTENDED, *nunc pro tunc*, to **March 11, 2024**. The Court will invite Plaintiffs to move for default judgment against Defendant Holwell if he fails to appear and answer the Complaint by that deadline.

      Plaintiffs are directed to serve a copy of this Order on Defendant Holwell, and to file proof of such service by **March 7, 2024**.

      SO ORDERED.

Dated: March 5, 2024
       New York, New York
                                                  JESSE M. FURMAN
                                             United States District Judge