UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                     :

CHRISHENNA TURNER et al.,                               :

                              Plaintiffs,                               :
                                                               :          23-CV-10276 (JMF)
                -v-                                                 :
                                                               :                 ORDER
FIERCE NYC et al.,                                               :

                            Defendants.                          :
                                                               :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Defendant Kelvin O. Howell, Jr. appears to be in default.  Plaintiffs shall file any motion for default judgment, in accordance with the Court's Individual Rules and Practices for Civil Cases (available at https://nysd.uscourts.gov/hon-jesse-m-furman), **within two weeks of the date of this Order**.  If Plaintiff's counsel submits calculations in support of any motion for default judgment, Plaintiff's counsel shall also email native versions of the files with the calculations (i.e., versions of the files in their original format, such as in ".xlsx") to Chambers at Furman_NYSDChambers@nysd.uscourts.gov.  If or when a motion for default judgment is filed, the Court will enter a further Order setting a deadline for any opposition and reply and scheduling a show cause hearing.  If no motion for default judgment is filed by the deadline set forth above, the case may be dismissed for failure to prosecute without further notice to the parties.

       The default judgment hearing as to Defendant Fierce NYC, currently scheduled for March 20, 2024, *see* ECF No. 29, is hereby **ADJOURNED** *sine die* so that it can be rescheduled to the same date and time as any default judgment hearing as to Defendant Howell.

       Plaintiffs shall serve a copy of this Order electronically and/or by first-class mail on Defendant Fierce NYC and Defendant Howell **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

       SO ORDERED.

Dated: March 12, 2024                                      _____
       New York, New York                                  JESSE M. FURMAN
                                                                  United States District Judge