UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
:
CHRISHENNA TURNER et al., :
:
                          Plaintiffs, :     23-CV-10276 (JMF)
:
        -v- :     ORDER
:
FIERCE NYC et al., :
:
                          Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       By Order dated April 18, 2024, the Court granted Plaintiffs an extension of time to serve Defendants Mustafa Sullivan and Jaquin Teixeira, until June 19, 2024. *See* ECF No. 43. There are pending motions for default judgment against the other two Defendants, Fierce NYC and Kelvin O. Howell, Jr. *See* ECF Nos. 24, 39.

       In view of the foregoing, the initial pretrial conference currently scheduled for May 1, 2024, *see* ECF No. 28, is ADJOURNED to **July 10, 2024**.

       Finally, Plaintiff is directed (1) to notify Defendants' attorneys in this action by serving upon each of them a copy of this Order and (2) to file proof of such notice with the Court by **April 25, 2024**. If unaware of the identity of counsel for Defendants, counsel receiving this order must forthwith send a copy of this Order to those parties personally.

       SO ORDERED.

Dated: April 22, 2024
       New York, New York

                                                                      JESSE M. FURMAN
                                                     United States District Judge