UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
CHRISHENNA TURNER et al., :
:
              Plaintiffs, :
: 23-CV-10276 (JMF)
    -v- :
: ORDER
FIERCE NYC et al., :
:
             Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As stated on the record during the teleconference held earlier today, Plaintiffs' motions for default judgment against Defendants Fierce NYC and Kelvin O. Howell, *see* ECF Nos. 24, 39, are hereby GRANTED, but as to liability only. The Court reserves judgment on damages and will revisit the question if or when the remaining Defendants — Mustafa Sullivan and Jaquin Teixira — appear in the case or also default. At that time, the Court will likely require additional briefing from the parties addressing, among other things, whether the amounts requested by Plaintiffs find support in the particular facts at hand and in case law arising from comparable default judgment contexts; and whether, given Plaintiff's distinct allegations as to each Defendant, judgment should be entered in the different amounts as to each Defendant.

      The Clerk of Court is directed to terminate ECF Nos. 24 and 39.

      SO ORDERED.

Dated: May 2, 2024                           _____
      New York, New York                       JESSE M. FURMAN
                                                  United States District Judge