UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
CHRISHENNA TURNER et al., :
:
                  Plaintiffs, :
: 23-CV-10276 (JMF)
   -v- :
: ORDER
FIERCE NYC et al., :
:
                  Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Defendant Jaquin Teixira was required to answer the Complaint by September 5, 2024, *see* ECF No. 53, but has not done so to date. As a courtesy, Defendant Teixira's deadline to answer is hereby EXTENDED, *nunc pro tunc*, to **September 18, 2024.** The Court will invite Plaintiffs to move for default judgment against Defendant Teixira if he fails to appear and answer the Complaint by that deadline.

      Plaintiffs are directed to serve a copy of this Order on Defendant Teixira, and to file proof of such service by **September 13, 2024.**

      SO ORDERED.

Dated: September 11, 2024
       New York, New York
                                           JESSE M. FURMAN
                                          United States District Judge