UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
CHRISHENNA TURNER et al.,                               :
:
                    Plaintiffs,            :
:     23-CV-10276 (JMF)
    -v-                                          :
:     ORDER
FIERCE NYC et al.,                                      :
:
                    Defendants.            :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Defendant Mustafa Sullivan was required to answer the Complaint by September 11, 2024, *see* ECF No. 57, but has not done so to date. As a courtesy, Defendant Sullivan's deadline is hereby EXTENDED, *nunc pro tunc*, to **September 27, 2024.** The Court will invite Plaintiffs to move for default judgment against Defendant Sullivan if he fails to appear and answer the Complaint by that deadline.

      Plaintiffs are directed to serve a copy of this Order on Defendant Sullivan, and to file proof of such service by **September 25, 2024.**

      SO ORDERED.

Dated: September 23, 2024
       New York, New York
                                                    JESSE M. FURMAN
                                             United States District Judge