UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHRISTENNA TURNER et al.,

                Plaintiffs,

      -v-

FIERCE NYC et al.,

                Defendants.
------------------------------------------------------------------X

23-CV-10276 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

      The initial pretrial conference scheduled for November 6, 2024, is hereby ADJOURNED to the same date and time as the default judgment hearing scheduled for **November 20, 2024**, at **3:00 p.m.** The parties should be prepared to treat that conference as the initial pretrial conference with respect to any Defendants who have appeared.

      SO ORDERED.

Dated: October 28, 2024
       New York, New York

                                            JESSE M. FURMAN
                                          United States District Judge