UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
CHRISTENNA TURNER et al., :
:
                Plaintiffs, :
: 23-CV-10276 (JMF)
     -v- :
: ORDER
:
FIERCE NYC et al., :
:
                Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On November 21, 2024, Plaintiffs filed a proposed default judgment order seeking $450,000 in compensatory and punitive damages in addition to prejudgment interest calculated at a 9% interest rate. *See* ECF No. 79. Plaintiffs' prior filings, however, neither addressed nor requested prejudgment interest. It is hereby ORDERED that Plaintiffs shall submit a supplemental memorandum no later than **November 26, 2024**, explaining why prejudgment interest is appropriate in this case, what the proper prejudgment interest rate is, the date on which the cause of action accrued, and the appropriate calculation of interest through November 26, 2024. In considering these issues, Plaintiffs should also address how the prejudgment interest calculation is impacted by Plaintiffs' request for both compensatory and punitive damages and the fact that this case involves a mixed federal and state judgment. *See, e.g.*, *Cioffi v. New York Community Bank*, 465 F. Supp. 2d 202, 222 (E.D.N.Y. 2006) (addressing prejudgment interest in a case involving claims for sexual harassment under Title VII and the New York Human Rights Law). In the absence of a supplemental filing by the deadline, the Court will enter the proposed judgment without prejudgment interest and without further notice.

       SO ORDERED.

Dated: November 22, 2024
       New York, New York
                                                          JESSE M. FURMAN
                                                          United States District Judge