UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X  **Docket No.** 1:23-cv-10276 (JMF)

CHRISHENNA TURNER, NIJEERAH PERRIN
and TATYANNA ELLIS,

                Plaintiffs,

- against -

FIERCE NYC, MUSTAFA SULLIVAN, *In His*        **DEFAULT JUDGMENT**
*Individual and Official Capacities*, KELVIN O.
HOWELL, JR., *In Their Individual and official*
*Capacities*, and JAQUIN TEIXIRA, *In His*
*Individual and Official Capacities,*

                Defendants.
-------------------------------------------------------------X

This Action having been commenced on November 22, 2023 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint, having been served on the Defendant FIERCE NYC on December 1, 2023, with proof of service having been filed on December 5, 2023; and having been served on Defendant MUSTAFA SULLIVAN on August 21, 2024, with proof of service having been filed on September 19, 2024; and having been served on Defendant KELVIN O. HOWELL, JR. on February 9, 2024, with proof of service having been filed on February 19, 2024; and having been served on Defendant JAQUIN TEIXIRA on August 15, 2024, with proof of service having been filed on August 23, 2024; and the aforementioned Defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is:

**ORDERED, ADJUDGED AND DECREED**: That the Plaintiffs have judgment against DEFENDANTS in the liquidated amount of **$450,000.00** ~~with interest at 9% from _____, amounting to $_____~~ plus costs and disbursements of this action in the amount of **$33,891.76** amounting in all to $   483,891.76   .

Dated: New York, New York
      November  27, 2024                              So Ordered,

The Clerk of Court is directed to terminate ECF
Nos. 66 & 72 and to close the case.

                                                                        U.S.D.J.
                                                      JESSE M. FURMAN